**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**

**CRIMINAL MINUTE SHEET**

| USA v.  JAMES SHYQUAN FLOWERS | District Judge:  Robert Holmes Bell |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:07-CR-290 | 8/29/08 | 2:50 - 3:10 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Matthew Borgula | Defendant: Michael Dunn | Counsel Designation: CJA Appointment |
|---|---|---|

### TYPE OF HEARING

____ Arraignment:
  ____ mute
  ____ not guilty
  ____ guilty
  ____ nolo contendre
____ Final Pretrial Conference
____ Detention   (waived ____)
____ Motion Hearing
____ Revocation/SRV/PV
____ Bond Violation
____ Change of Plea
✓ Sentencing
____ Trial
____ Other:
_____

### DOCUMENTS

____ Defendant's Rights
____ Waiver of Indictment
____ Other:
_____
_____

Court to Issue:
____ Order of Detention
____ Notice of Sentencing
____ Order Appointing Counsel
✓ Other:
 Judgment _____

### CHANGE OF PLEA

Charging Document:
____ Read        ____ Reading Waived

Guilty Plea to Count(s) _____
of the
_____

Count(s) to be dismissed at sentencing:
_____

____ Presentence Report Ordered
____ Presentence Report Waived
____ Plea Accepted by the Court
____ Plea Taken under Advisement
____ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: 144 months | Plea Agreement Accepted: ✓ Yes  ____ No |
| Probation: | Appeal Packet Given: ✓ Yes  ____ No |
| Supervised Release: 5 years | Conviction Information: |
| Fine: $ | Date: 4/14/08 |
| Restitution: $ | By: Plea |
| Special Assessment: $ 100.00 | As to Count(s): Indictment |

### ADDITIONAL INFORMATION:
 Court grants government's motion (34).

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|

| **Reporter/Recorder:**  Kevin Gaugier | **Case Manager:**  S. Bourque |
|---|---|